Williams

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Maurice Long,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Saluda County
James W. Johnson, Jr., Trial Judge
James R. Barber, III, Post-Conviction 
 Judge

Memorandum Opinion No. 2004-MO-039
Submitted June 23, 2004 - Filed July 
 26, 2004

  DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia, for respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari 
 to review the denial of petitioners application for Post-Conviction Relief.  
 We dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.